Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 819 (2010)].

---

In the Matter of ERIC HURLBURT, Respondent, v CRYSTAL BEHR, Respondent. Attorney for the Child, Appellant.

Submitted September 13, 2010; decided December 16, 2010

Motion for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance.

---

In the Matter of LEON R. KOZIOL, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Respondent.

Decided December 16, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY SNYDER, Appellant, v WARDEN OF SING SING CORRECTIONAL FACILITY, Respondent.

Submitted October 18, 2010; decided December 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of TYRONE POWELL, Appellant, v CHAIRPERSON OF NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted September 27, 2010; decided December 16, 2010